Good morning, your honor. Thank you for listening. Now, I'd like to introduce you to my new law firm. The key issue here is whether there were clear sentences in the record, or if any of them were true or false. The state, here, at the time, fully committed to guaranteeing your rights of return, and did not take on any of the qualifications necessary to be an immigration attorney. It is my honor to present you with our second case. In this case, we are looking at a case that was initiated in the past, in support of the current federal government, and in support of the current federal government. A legal facility is required in this case. In doing so, the federal government will need to ensure a thoughtful evaluation of your return, The court's decision to use the only option is that the jury, should the judge make a decision on the basis of no other basis, in support of the person's ability to leave, rather than the court deciding that the judge has no right to determine the basis of your return, on that basis alone, decides to shoot the criminal. I'm going to ask you a question. What are the reversals of the case that you're suggesting? And if so, can you tell us what the case is that you're suggesting? Well, it's not a torment. It's a result of a pre-sentence return to the members of the state. And here, we find that the judge has realized her mistake. She wants to try to get the person out of jail, but then she wants to get the judge to do whatever she can to make her better. And also, we're trying to ask her, if she's going to try to get the person out of jail, and the judge has to agree that she's absolutely free, if she's going to be able to get the person out of jail, I'm not going to know if I'm going to be able to get the person out of jail. And if so, what are the reversals of the case that you're suggesting? So, see, in both of these four or five cases, the court could decide that both of them should be hearing the products of each of the very serious parts of the Bernice C. Kennedy case. Which should underlie the job of the character in the judge's opinion about whether she should be divorced or not. According to Katie, John does not argue with that. And what I say is, it's sort of challenging to really gauge why you think she should be divorced. This is actually a serious thing. This is a sensitive matter. This is a very serious issue. And a lot of times, you think she'll go to jail, but she won't go to jail. Once the military is able to lay her off, she'll go to jail, they'll return her. Well, maybe you should understand how many years she took to get your... Well, here's what we think, that the Court is viewing as a simple true story so I'm sorry to interrupt. The Court anticipates that very soon that she will be divorced. So we don't believe that she will be divorced during my time here to continue her family start-up. Well, I do think that she'd be divorced  and not make any misdemeanor charges. We disagree because what happened after her last year of training was more serious and more life-changing than what we've seen previously. For the first time since she entered her home, it was the first time that she had seen a man. And so, the question is what's reasonable and why the Court's story assumes what's possible. So how does this all spread us? More seriously, who's going to actually stop our marriage? Because at the time of the spread, when Malachi was found on August 6, 2009, they threatened to chain her and give her a restraining order and they did not do what I want them to do. And then, six days later, on August 22, they came to this bar and they tried. And they did not purchase the house. They bought this with their money because they didn't think she was healthy, but they did not want her to die. And so, is that a shame? Do you think that the court should have given her time to herself and that she could have made the mistakes? Well, she did make a lot of mistakes. And she was... She was a good person. She was a good woman. How come she didn't do that for herself? Because she was careful, but she did not reach the point where she was careful of her love and safety until after her release. She had also been reported at the mass in Cedars, Arkansas. And that's why this could not be possible. And so there's a contradiction. The question is, do you think that the court should have given her time to herself and that she could have made the mistakes? No. No, because... No, because there was no other side of her. And she returned, because she returned in spite of her fears, and she returned to her patients and never returned after she reached the point where she had already welcomed the man who returned. Here, the severity clause is, I'm taking you on, a repeated instance of persecution, overshadow, with increased frequency and absence. All absence, taken together, resulted in greater fear than ever before, but the court ignored all of this. Her explanation was she felt the malice of her father was possible in violent circumstances. At that time, the last issue she could make them out was when she learned that they changed the words in their children's names after she returned to New York. And if I went back to her case, when she came, the last thing I can say is, although she had wanted to return, she said she wanted to return when her husband told her that he needed to appear at her father's work, and she realized, unlike before, that she would not be able to return and express any of her feelings. Do you have a follow-up question? Yes, I do. Thank you. Good morning. I'm Nancy McCord of the State Children's Community Journal. It's my position to honor this court's decision to allow Fonzie and Andy, the four properties, to remain to have different children with the same voluntary return to the home coupled with the fact that she had lost a child possibly during her life in New Jersey. Mr. Chairman, I'd like to make sure that I'm always talking about the state versus the children issue. And it's certainly a political issue, and it's a personal opinion, but I'm sure it goes back a long, long time in terms of the nature of the prosecution. And I would like to make sure that we talk about the board of fire safety's issues as well. It's been an issue to our state, and it's an issue that I hope that Andy will actually talk more about because I think it's an issue that a lot of people should be interested in. But where is the core issue? So, like, what's there to argue about it? And it is within my position. Well, maybe there's just a little bit more in terms of the nature of the prosecution than there is in terms of the state. But, like, I would love to support Fonzie and Andy's community, because as far as I already know, Fonzie and Andy are responsible, and they're responsible for trying to change the nature of the prosecution and the nature of the prosecution from the outside view. And I think that's a point that I would like to make sure that we do that during the future. I don't know about now, but I'm sure that we will. And I think that's a point that I would like to make sure. Yeah, I agree with Fonzie. I would say I am familiar with other cases in the state, in which the district, for example, was seen as white, which I find as a complication. That was one of those cases, I believe. And actually, this is, of course, an entirely consistent with the superstate. But here, Charlotte admitted that she had been friends with her husband. Yes. Actually, it's related. It's the presumption of a 100-year versus the criminality aspect. So, it's not in... It's not something that you want to quote anywhere. I mean, there are a lot of people who talk about recognitions and what the recognitions all mean. But those are main cases. And I believe in all those cases there were other considerations versus returning to a business or returning to a community to show why this person is willing to put himself in harm's way. So, it's like, we're very focused on here, right? Yes. But there are other institutions. It seems like. Yeah. I'm trying to figure out what do we do when we hear this I do sometimes hear about it because I'm sort of in the middle of this workbook and these cases, this case is sort of unique. I mean, this is a document that is in the record. It seems to frame and corroborate Ms. Robinson's story. And she's talking about the past and persecution. And, you know, we can hear quite a bit in the recording stating that she had co-workers, family, friends, police, a boss, who had cases and specific incidents where he struggled to change or break. She also provided detailed manager reports and psychological evaluations against her and her PTSD. Now, because of the persecution she endured, it's very hard for Ms. Robinson to talk about and try to figure out isn't that what it deserves, this persecution? Well, I mean, a lot of significant factors here are the age of the interstitial and the stress she felt all the time. She was a lot more violent and very serious. I mean, in 2003, she said she thought that they were on the shoulder of her until now. And she was as close as you can. But she continues. You know, she travels to Japan. She returns. She had a time on the United States. She returns. She comes to the United States again. Supposedly, she was persuaded that she needed to inform her people about the campaign and she was told by the courts that she was told that the house, the hierarchy of the house had changed. And, I mean, she's not as emotional as she used to be. You know, I think that the government wants to challenge whether or not she can be careful about it. You know, and so, it's an interesting balance that you see when you look at what is the extent of violence. You know, and she is careful about not to speak in public for her safety and safety. So, I don't know. It just carries certain circumstances and, you know, in the record, it looks like she was interacting with the mouse and it caused her fear to be so afraid. And then, it got to the point that she really was that fearful. It seems like the last instant probably that she was supported by the mouse and it doesn't look like the way she described it in any of the documentary evidence or rather that supports all of how extremely persistent violent things are. I think that it's just coded more so that they weren't persuaded by the jury to just let it go. It wasn't such an easy task to overcome the inability of these participants during these days. Especially because she didn't pay any prior attention to the evidence that she was aware that they were going to represent this. So, what is in the record is just the impossibility of Michelle's testimony that she also didn't want to be heard at all after the policy jury conclusion. Well, I think that my own relationship with Lori stated the idea that the courts were working on the issue of gender disparities and this is sort of brought up by two physical accounts that were formed in 2005 and I believe the other one came before her first experience and there were those two witnesses from her neighborhood and she looked at them again and the answer started to seem that she didn't want to know more about the future of all of that personally. Right? So, um, is there any way in the record that shows Charlotte being subject and afraid of returning to the culture in these groups? No, and that also undermines her ability to tolerate the adults because I think she's trying to split the intentions that she's supposedly covering. She had no intention of going back  the culture that     going back to. So, I don't think there's any way in the record that she was trying to      do that.     there's any  in the record that she was trying to do that. So, I don't think
judges: Noonan, Murguia, Murphy